# ANDERSON KILL P.C.

Attorneys and Counselors at Law



1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Allen R. Wolff, Esq.
awolff@andersonkill.com
212-278-1379

**MEMO ENDORSED**

*Via ECF*

December 4, 2019

Hon. Kenneth M. Karas
United States District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

        Re:    *Argonaut Insurance Company v. Town of Greenburgh*,
                No. 7:19-cv-09100-KMK

Dear Judge Karas:

    We represent Defendants the Town of Greenburgh, Paul J. Feiner, and Francis Sheehan in the above-referenced matter. With the consent of counsel for Plaintiff Argonaut Insurance Company, we write pursuant to Rule I.C. of the Court's Individual Rules of Practice to request an adjournment of the pre-motion conference that was recently set for 11:00 a.m. on December 11, 2019. On that date, the undersigned and co-counsel must appear in another matter for a previously scheduled oral argument before the United States Court of Appeals for the Second Circuit.

    After advising counsel for Plaintiff of the conflict on December 11, 2019 and exploring alternative dates, we report that all counsel are available for a pre-motion conference during December 12-18, 2019 and then again after January 5, 2020. The parties therefore respectfully request that the adjourned conference date be set between December 12-18, 2019, or after January 5, 2020.

    This is the first request for an adjournment of this pre-motion conference.

*The conference is moved to 1/9/20, at 11:00. So ordered.*
*KMK 12/5/19*

Respectfully submitted,

Allen R. Wolff

cc:    All Counsel of Record